**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**RICHARD J. STREEVAL**
    Plaintiff

**v.**  No. 5:04CV-143-J

**JO ANNE B. BARNHART**
    Commissioner of Social Security
    Defendant

**ORDER OF REMAND**

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that this case is REMANDED to the Commissioner for a new decision addressing the frequency and duration of the plaintiff's need, if any, to absent himself from the work site due to bladder and bowel incontinence and the vocational impact thereof and for consideration of the evidence at Appeals Council (AC) Exhibit No. 1.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.